UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SHOTA JAVAKHISHVILI,

                Plaintiff,

-against-

JESSICA A. COURTNEY, et al.,

                Defendants.
------------------------------------------------------------ X

14-CV-5084 (ARR)(CLP)

NOT FOR
PRINT OR ELECTRONIC
PUBLICATION

ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated April 21, 2015, from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Therefore, the case is dismissed for failure to prosecute. The Clerk of Court is directed to close the case.

SO ORDERED.

/s/(ARR)

_____
Allyne R. Ross
United States District Judge

Dated: May 21, 2015
       Brooklyn, New York

1